IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 11

| | |
|---|---|
| SUZANNE HUTCHINS, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| PRIMERICA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the undersigned pursuant to an Opinion and Order (#19) of United States District Judge Henry M. Herlong, Jr., transferring this matter to the United States District Court for the Western District of North Carolina. A review of the file does not show that an answer has been filed by Defendant to the Complaint of Plaintiff. Defendant will be allowed up to and including February 7, 2017 to file an answer in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant is to file answer or such other pleading as it may deem appropriate on or before **February 7, 2017** in this matter.

Signed: January 11, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge