IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 11

| | | |
|---|---|---|
| **SUZANNE HUTCHINS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| **PRIMERICA LIFE INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the undersigned pursuant to a Notice of Settlement (#35) advising the Court that the parties have settled this matter. The Court appreciates the filing of the Notice of Settlement because this allows the undersigned to address other pending matters. The undersigned will enter an Order directing that the settlement documents be filed on or before September 1, 2017.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that parties shall file a Stipulation of Dismissal or other appropriate documents to reflect the settlement of this matter on or before **September 1, 2017**.

Signed: July 27, 2017

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge